new form?
Recieved October 26th, 2022

Grievance 2022-005662

# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
NOV 7 2022
FILED
Clerk of Court

(Full name of plaintiff(s))

Nathan Swiecichowski

v.

(Full name of defendant(s))

Brown County Sheriff's Office/department

Case Number:

_____
(to be supplied by Clerk of Court)

That's why its a new form [see Plaintiff(s) on top] →

A.  PARTIES

1.  Plaintiff is a citizen of __Wisconsin__, and is located at
    (State)

    __3030 Curry Lane Green Bay, Wis 54311__
    (Address of prison or jail)

    (If more than one plaintiff is filing, use another piece of paper.)

2.  Defendant __Brown County Sheriff's department__
                                                    (Name)
    is (if a person or private corporation) a citizen of __State of Wisconsin__

Complaint – 1

Case 2:22-cv-01323-LA    Filed 11/07/22    Page 1 of 5    Document 1
PAGE 1 of

(State, if known)
and (if a person) resides at __BROWN County__
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for __Brown County Jail 3030 Curry Lane Green Bay, Wis 54311__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know. (opinion)

1. Cpl Legendecker gave me a 24 hour lockdown for misspelling his name [see grievance 2022-005662 in OMS Catalog at Brown County Jail (BC)]. Officer Pratt came over the intercom as I was lying down and explained to me I was being punished for that and I appealed then along with that asked for Chain of Command (never recieved). [see incident 22-0925-706 for reference]. I wrote a grievance after I recieved a paper copy of the incident. I referenced grievance 2022-005538 because it states that misspelling an officer's name does not matter creating double standards for inmates and not equal treatment for me. [see Appeal grievance 2022-005662]. In there, it gives examples of more mistreatment as grievance states that I'm not being treated differently. NTS

Complaint – 2



C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Stated in grievance #2022-005662 along with fix of any damage to my name the City/County/State has done, Pay for Fraud detection / Identity theft, Change in grievance system (outside source for non-bias), More Jail inspection that employees don't get a "heads up" on (surprise inspection) At minimum — Black's Law dictionary and Wisconsin State Statue Books

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __26th__ day of __October__ 20__22__.

Respectfully Submitted,

_____ 10:00 am
Signature of Plaintiff

__930000001711__
Plaintiff's Prisoner ID Number

__3030 Curry Lane Green Bay, Wis 54311__

__Brown County Jail Hotel Pod Cell 117__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5